**Frank S. Betz Company, appellant, v. Chicago Railways Company, appellee. Gen. No. 24,589.**

Appeal from the Municipal Court of Chicago; the Hon. Edward

T. Wade, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed on sustaining motion to strike bill of exceptions. Opinion filed December 3, 1919.

George D. Wellington and Ernest W. Clark, for appellant. John R. Guilliams and Frank L. Kriete, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.